Harvey P. Sanders, Esq.



Of Counsel:
Helaine E. Sanders, LMSW, Esq.
*Retired*

# Sanders & Sanders
Attorneys at Law
www.wnyemploymentlaw.com

February 5, 2026

<u>Via CM/ECF</u>
Hon. Geoffrey W. Crawford
Senior United States District Judge
United States District Court for the District of Vermont
P.O. Box 9
Burlington, VT 05402

       **Re:    DeDeyn et al v. Gintzler Graphics, Inc., et al.**
               **WDNY Case No. 1:23-cv-01291**

Dear Judge Crawford:

      This firm is one of the counsel for the Plaintiffs and 18 opt-in Plaintiffs in this action. We are in receipt of the Order on Motions (Dkt 59). On behalf of all parties, we write to request an extension for filing Plaintiff's Amended Complaint to March 2, 2026, and for filing Defendants' Answer, to April 10, 2026.

      The parties jointly request that these extensions be granted.

Respectfully submitted,

Harvey P. Sanders

cc:    Jacqueline Phipps Polito, Esq.
       Erin Train, Esq.
       Orin Kurtz, Esq.

---

401 Maryvale Drive, Cheektowaga, NY 14225, 716-839-1489, Fax 716-839-1512 (not for service)