**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

J. PATRICK DEDEYN, JEFFREY ERNY, and JEFFREY KASPRZYK, on behalf of themselves and all others similarly situated,

              Plaintiffs,

v.

GINTZLER GRAPHICS, INC. and RESOURCE LABEL GROUP LLC,
              Defendants.

**No. 1:23-cv-01291**

---

| | |
|---|---|
| MOTION BY: | Plaintiffs. |
| RELIEF REQUESTED: | Request an extension of time to file Plaintiffs' Amended Complaint to April 2, 2026, and to file Defendants' Answer to May 10, 2026. |
| SUPPORTING PAPERS: | Affirmation of Harvey P. Sanders, Esq. |
| PLACE: | United States District Court, 2 Niagara Square, Buffalo, New York 14202. |
| DATE AND TIME: | To be determined by the Court. |

Dated: Cheektowaga, New York
       February 23, 2026

s/Harvey P. Sanders
Harvey P. Sanders, Esq.
SANDERS & SANDERS
*Attorneys for Plaintiffs*
401 Maryvale Drive
Cheektowaga, New York 14225
(716) 839-1489