**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| J. PATRICK DEDEYN, JEFFREY ERNY, and JEFFERY KASPRZYK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GINTZLER GRAPHICS, INC. and RESOURCE LABEL GROUP LLC,<br>Defendants. | **No. 1:23-cv-01291** |

**AFFIRMATION OF HARVEY P. SANDERS, ESQ.**

HARVEY P. SANDERS, hereby affirms:

1. I am an attorney for Plaintiffs in this matter. I am personally familiar with the filings and proceedings in this action.

2. On behalf of all parties, I request a joint extension of time.

3. I respectfully request Plaintiffs' time to file an Amended Complaint be adjourned without a new date and to set September 4, 2026 as a deadline for the parties to provide a status report.

4. I have conferred with opposing counsel, Jacqueline Phipps Polito, Esq. and Erin Train, Esq. Defendants join in these requests.

5. The reason for this request is that the parties have reached an agreement in principal to settle this matter.. Accordingly, it will save the parties from having to expend the time and effort in preparing those pleadings and to instead focus on drafting the settlement agreement and the motion for preliminary approval of the settlement.

6.  For these reasons, the undersigned respectfully requests this Court issue the deadline

modifications.


Dated:  Cheektowaga, New York
        July 20, 2026

                                         _s/Harvey Sanders_____
                                         Harvey P. Sanders, Esq.
                                         Sanders & Sanders
                                         *Attorneys for Plaintiffs*
                                         401 Maryvale Drive
                                         Cheektowaga, New York 14225
                                         (716) 839-1489